SEALED

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA



FILED
SEP 30 2008
IN THIS OFFICE
CLERK U.S. DISTRICT COURT
GREENSBORO, NC
BY .................

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | |
| GUADALUPE ORTIZ RIOS | : | 1:08CR 366-1 |
| PEDRO PENA ZUNIGA | : | 1:08CR 366-2 |
| ESTABAN PENA ZUNIGA | : | 1:08CR 366-3 |
| MAYRA ORTIZ RIOS | : | 1:08CR 366-4 |
| FNU LNU, | : | 1:08CR 366-5 |
| also known as "Chuy" | : | |
| GENARO MENDOZA RESENDIZ, | : | 1:08CR 366-6 |
| also known as Freddie | : | |
| VICTOR MANUEL GONZALEZ | : | 1:08CR 366-7 |
| KENDRON TORAIN | : | 1:08CR 366-8 |
| TORIBIO SANDOVAL RIOS, | : | 1:08CR 366-9 |
| also known as Tori | : | |
| TERRIS ENOCH | : | 1:08CR 366-10 |
| ALBERTO ROBLES CARLOS | : | 1:08CR 366-11 |
| AMPARO GONZALEZ CORTEZ | : | 1:08CR 366-12 |
| JAVIER GARCIA | : | 1:08CR 366-13 |
| ROBERTO GODINEZ | : | 1:08CR 366-14 |

The Grand Jury charges:

COUNT ONE

From in or about 2004, up to and including September, 2008, the exact dates to the Grand Jurors unknown, in the Counties of Alamance, Guilford, Orange, and Rockingham, in the Middle District of North Carolina, the Eastern District of North Carolina, the Western District of Virginia, the Southern District of California, and elsewhere, GUADALUPE ORTIZ RIOS, PEDRO PENA ZUNIGA, ESTABAN PENA ZUNIGA, MAYRA ORTIZ RIOS, FNU LNU, also known as "Chuy," GENARO MENDOZA RESENDIZ, also known as Freddie, VICTOR MANUEL GONZALEZ, KENDRON TORAIN, TORIBIO SANDOVAL RIOS, also known as Tori, TERRIS ENOCH, ALBERTO ROBLES CARLOS, AMPARO GONZALEZ CORTEZ, JAVIER GARCIA, ROBERTO GODINEZ, and divers other persons, known and

unknown to the Grand Jurors, knowingly and intentionally did unlawfully conspire, combine, confederate and agree together and with each other to commit offenses against the laws of the United States, that is:

To knowingly, intentionally and unlawfully distribute 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine hydrochloride, a Schedule II, controlled substance within the meaning of Title 21, United States Code, Section 812, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A).

## COUNT TWO

On or about August 28, 2008, in the County of Orange, in the Middle District of North Carolina, KENDRON TORAIN willfully, knowingly and intentionally did unlawfully possess with intent to distribute approximately 1 kilogram of a mixture and substance containing a detectable amount of cocaine hydrochloride, a Schedule II, controlled substance within the meaning of Title 21, United States Code, Section 812; in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

## COUNT THREE

On or about September 5, 2008, in the County of Alamance, in the Middle District of North Carolina, ALBERTO ROBLES CARLOS and AMPARO GONZALEZ CORTEZ willfully, knowingly and intentionally did unlawfully distribute approximately 500 grams of a mixture and

- 2 -

substance containing a detectable amount of cocaine hydrochloride, a Schedule II, controlled substance within the meaning of Title 21, United States Code, Section 812; in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

## COUNT FOUR

On or about September 18, 2008, in the County of Alamance, in the Middle District of North Carolina, ALBERTO ROBLES CARLOS willfully, knowingly and intentionally did unlawfully distribute approximately 500 grams of a mixture and substance containing a detectable amount of cocaine hydrochloride, a Schedule II, controlled substance within the meaning of Title 21, United States Code, Section 812; in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

## COUNT FIVE

During in or about June, 2008, up to and including September 29, 2008, the exact dates to the Grand Jurors unknown, in the County of Alamance, in the Middle District of North Carolina, MAYRA ORTIZ RIOS knowingly and intentionally did unlawfully use communication facilities, that is, cellular telephones assigned numbers (336)451-9055 and (336)512-0003, to commit, cause and facilitate the conspiracy to distribute a Schedule II, narcotic controlled substance within the meaning of Title 21, United States Code, Section 812, a felony under Title 21, United States Code,

Sections 846 and 841(b)(1)(A); in violation of Title 21, United States Code, Section 843(b).

A TRUE BILL:

_____
FOREPERSON

_____
SANDRA J. HAIRSTON
ASSISTANT UNITED STATES ATTORNEY

_____
ANNA MILLS WAGONER
UNITED STATES ATTORNEY

- 4 -