1:08CR366-6

Court Clerk

I would like to advise the court that I, GENARO MENDOZA RESENDIZ, was sentenced on March the 4th, 2010. I advised my court appointed attorney, GEORGE E. CRUMP, III, to file a notice of appeal "Immediatly". But till this day I do not know if it was filed. And I would like to let the court know that I want to file my notice of appeal, A-S-A-P! All of your time and concern will be greatly appreciated.

Thank You!

Respectfully,
Genaro Mendoza Resendiz