Genaro Mendoza Resendiz
125 Court St
Hillsborough N.C.
27278

GREENSBORO NC 270 ·
PIEDMONT TRIAD AREA
21 APR 2010 PM 3 T

Clerk of Court
Middle District of N.C.
U.S District Court
P.O. Box 2708
Greensboro N.C. 27402

**RECEIVED**
In This Office

APR 22 2010

CLERK, U.S. DISTRICT COURT
GREENSBORO, N.C.
BY _____